UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:   Case No.: 17-13349-MBK
Chapter: 7
Anthony Reeves   Judge:   Michael B. Kaplan

## NOTICE OF PROPOSED ABANDONMENT

<u>JOHN W. HARGRAVE, Trustee,</u> in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk, US Bankruptcy Court
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ   08608

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on May 1, 2017 at 10 a.m. at the United States Bankruptcy Court, Courtroom no. 8. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

Description and value of property:

| | Description of Real Property | Petition Value |
|---|---|---|
| 1 | 1082 Bordentown Avenue, Parlin, NJ  08859 | $240,000.00 |

Liens on property:

| | Description of Real Property | Creditors Info | Amount of Claim |
|---|---|---|---|
| 1 | Single-family home 1082 Bordentown Avenue, Parlin, NJ 08859-0000Middlesex | The Bank of New York ---Mellon | $207,841.96 |

Amount of Equity claimed as exempt:

| | Description of Real Property | Value of Claimed Exemption |
|---|---|---|
| 1 | Single-family home 1082 Bordentown Avenue, Parlin, NJ 08859-0000Middlesex | $0.00 |

Objections must be served on, and requests for additional information directed to:

Name:   /s/ John W. Hargrave

Address:   117 Clements Bridge Road, Barrington, NJ 08007

Telephone No.:   (856) 547-6500

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-13349-MBK
Anthony Reeves                                                        Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: Mar 28, 2017
                Form ID: pdf905    Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2017.
```
db                +Anthony Reeves,    1082 Bordentown Avenue,    Parlin, NJ 08859-1848
516689046         +Capital One Auto Finance,    8058 Dominion Parkway,    Plano, TX 75024-0100
516689047         +Capital One Bank,    PO Box 30281,    Salt Lake City, UT 84130-0281
516689048         +Comenity,    PO Box 182789,    Columbus, OH 43218-2789
516689049         +Convergent Outsourcing,    Assignee of T Mobile USA,    PO Box 9004,    Renton, WA 98057-9004
516689050         +HSBC Bank USA,    PO Box 4657,    Carol Stream, IL 60197-4657
516689056         +Revenue Recovery Corp,    PO Box 50250,    Knoxville, TN 37950-0250
516689058         +SLM Financial,    300 Continental Drive,    Newark, DE 19713-4339
516689057         +Santander,    PO Box 12768,    Reading, PA 19612-2768
516658315         +The Bank of New York Mellon,    c/o KML Law Group,    216 Haddon Avenue, Suite 406,
                    Collingswood, NJ 08108-2812
516689060         +Verizon,    500 Technology Dr., Suite 300,    St. Charles, MO 63304-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg                E-mail/Text: usanj.njbankr@usdoj.gov Mar 28 2017 23:40:56      U.S. Attorney,    970 Broad St.,
                    Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg               +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 28 2017 23:40:53      United States Trustee,
                    Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                    Newark, NJ 07102-5235
516689044          E-mail/Text: ebn@americollect.com Mar 28 2017 23:41:00      Americollect,    PO Box 1566,
                    Manitowoc, WI 54221
516689045         +E-mail/Text: sbridwell@arscollections.com Mar 28 2017 23:41:12      ARS Collections,
                    PO Box 321472,    Flowood, MS 39232-1472
516689051         +E-mail/Text: bankruptcy@icsystem.com Mar 28 2017 23:41:17      I.C. System Inc.,    PO Box 64378,
                    St. Paul, MN 55164-0378
516658314          E-mail/Text: cio.bncmail@irs.gov Mar 28 2017 23:40:36      Internal Revenue Service,
                    PO Box 724,    Springfield, NJ 07081
516689053         +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 28 2017 23:40:25      Kohl's,    PO Box 2983,
                    Milwaukee, WI 53201-2983
516689054         +E-mail/PDF: pa_dc_claims@navient.com Mar 28 2017 23:44:22      Navient,    PO Box 9635,
                    Wilkes Barre, PA 18773-9635
516689059         +E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2017 23:38:57      Sychrony Bank,    PO Box 960061,
                    Orlando, FL 32896-0061
                                                                                              TOTAL: 9
```

      \*\*\*\*\* BYPASSED RECIPIENTS (undeliverable, \* duplicate) \*\*\*\*\*
```
516689052*        ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                    PHILADELPHIA PA 19101-7346
                   (address filed with court:   Internal Revenue Service,    PO Box 724,    Springfield, NJ 07081)
516689055         ##+Portfolio Recovery,    Assignee of HSBC,    287 Independence,    Virginia Beach, VA 23462-2962
                                                                                              TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Mar 28, 2017
                              Form ID: pdf905          Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2017 at the address(es) listed below:

        Brian C. Nicholas    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
         as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2006-25
         bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com

        Brian L. Hoffman    on behalf of Debtor Anthony  Reeves brian@hoffman-hoffman.net,
         info@hoffman-hoffman.net

        Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
         as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2006-25
         dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com

        John W. Hargrave    on behalf of Trustee John W. Hargrave trustee@hargravelaw.com,
         jhargrave@ecf.epiqsystems.com;jwh@trustesolutions.net

        John W. Hargrave     trustee@hargravelaw.com,    jhargrave@ecf.epiqsystems.com;jwh@trustesolutions.net

        U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 6