UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon
KML Law Group, PC
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Specialized Loan Servicing LLC, as servicer for The
Bank of New York Mellon FKA The Bank of New
York, as Trustee for the certificateholders of CWABS,
Inc., ASSET-BACKED CERTIFICATES, SERIES
2006-25

Order Filed on April 25, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    Reeves, Anthony

Case No.: 17-13349

Hearing Date: 4/24/2017

Judge:    Kaplan

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: April 25, 2017**

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of <u>Specialized Loan Servicing LLC, as servicer for The Bank of New York</u>

<u>Mellon FKA The Bank of New York, as Trustee for the certificateholders of CWABS, Inc., ASSET-</u>

<u>BACKED CERTIFICATES, SERIES 2006-25</u>, under

Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as

hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume

and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to

pursue the movant's rights in the following:

■        Real Property More Fully Described as:

**Land and premises commonly known as Lot 14, Block 442.02,  1082 Bordentown
Avenue , Parlin NJ 08859**

☐        Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its
rights and remedies under the terms of the subject mortgage and pursue its state court remedies
including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially
pursuing other loss mitigation alternatives, including, but not limited to, a loan modification,
short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the property at sheriff's
sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession
of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in

this case as defendants in its action(s) irrespective of any conversion to any other chapter of the

Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who

entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-13349-MBK
Anthony Reeves                                                                  Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3              User: admin              Page 1 of 1              Date Rcvd: Apr 25, 2017
                                 Form ID: pdf903          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2017.
db             +Anthony Reeves,    1082 Bordentown Avenue,    Parlin, NJ 08859-1848

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2017                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2017 at the address(es) listed below:
          Brian C. Nicholas    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
           as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2006-25
           bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Brian L. Hoffman    on behalf of Debtor Anthony  Reeves brian@hoffman-hoffman.net,
           info@hoffman-hoffman.net
          Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
           as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2006-25
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          John W. Hargrave    on behalf of Trustee John W. Hargrave trustee@hargravelaw.com,
           jhargrave@ecf.epiqsystems.com;jwh@trustesolutions.net
          John W. Hargrave    trustee@hargravelaw.com,   jhargrave@ecf.epiqsystems.com;jwh@trustesolutions.net
          U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 6