Form finmgtc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 17−13349−MBK
        Chapter: 7
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony Reeves
   1082 Bordentown Avenue
   Parlin, NJ 08859

Social Security No.:
   xxx−xx−9200

Employer's Tax I.D. No.:

## NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

    Chapter 7: [60 days from the first date set for your Meeting of Creditors.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: May 8, 2017
JAN: admi

                                Jeanne Naughton
                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-13349-MBK
Anthony Reeves                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 1           Date Rcvd: May 08, 2017
                             Form ID: finmgtc        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2017.
db            +Anthony Reeves,    1082 Bordentown Avenue,    Parlin, NJ 08859-1848

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 08 2017 23:05:44      U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 08 2017 23:05:40      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ  07102-5235
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2017                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
               as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2006-25
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              Brian L. Hoffman    on behalf of Debtor Anthony  Reeves brian@hoffman-hoffman.net,
               info@hoffman-hoffman.net
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
               as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2006-25
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              John W. Hargrave    on behalf of Trustee John W. Hargrave trustee@hargravelaw.com,
               jhargrave@ecf.epiqsystems.com;jwh@trustesolutions.net
              John W. Hargrave    trustee@hargravelaw.com,    jhargrave@ecf.epiqsystems.com;jwh@trustesolutions.net
              U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6