Form cscnodsc − ntccsclsnodis

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                          Case No.:  17−13349−MBK
                          Chapter:  7
                          Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Anthony Reeves
    1082 Bordentown Avenue
    Parlin, NJ 08859

Social Security No.:
    xxx−xx−9200

Employer's Tax I.D. No.:

**NOTICE OF CASE CLOSED WITHOUT DISCHARGE**

    All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- [x] Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- [ ] Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- [ ] Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- [ ] Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- [ ] Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- [ ] Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- [ ] Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- [ ] Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- [ ] An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐    An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.


Dated: May 31, 2017
JAN: pbf

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-13349-MBK
Anthony Reeves                                                            Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3              User: admin                 Page 1 of 2              Date Rcvd: May 31, 2017
                                  Form ID: cscnodsc           Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2017.
```
db             +Anthony Reeves,    1082 Bordentown Avenue,    Parlin, NJ 08859-1848
516689046      +Capital One Auto Finance,    8058 Dominion Parkway,    Plano, TX 75024-0100
516689047      +Capital One Bank,    PO Box 30281,    Salt Lake City, UT 84130-0281
516689048      +Comenity,    PO Box 182789,    Columbus, OH 43218-2789
516689049      +Convergent Outsourcing,    Assignee of T Mobile USA,    PO Box 9004,    Renton, WA 98057-9004
516689050      +HSBC Bank USA,    PO Box 4657,    Carol Stream, IL 60197-4657
516689051      +I.C. System Inc.,    PO Box 64378,    St. Paul, MN 55164-0378
516689056      +Revenue Recovery Corp,    PO Box 50250,    Knoxville, TN 37950-0250
516689058      +SLM Financial,    300 Continental Drive,    Newark, DE 19713-4322
516689057      +Santander,    PO Box 12768,    Reading, PA 19612-2768
516658315      +The Bank of New York Mellon,    c/o KML Law Group,    216 Haddon Avenue, Suite 406,
                 Collingswood, NJ 08108-2812
516689060      +Verizon,    500 Technology Dr., Suite 300,    St. Charles, MO 63304-2225
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 31 2017 23:15:51     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 31 2017 23:15:50     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516689044       E-mail/Text: ebn@americollect.com May 31 2017 23:15:53     Americollect,    PO Box 1566,
                 Manitowoc, WI 54221
516689045      +E-mail/Text: sbridwell@arscollections.com May 31 2017 23:16:00     ARS Collections,
                 PO Box 321472,   Flowood, MS 39232-1472
516658314       E-mail/Text: cio.bncmail@irs.gov May 31 2017 23:15:45     Internal Revenue Service,
                 PO Box 724,   Springfield, NJ 07081
516689053      +E-mail/Text: bnckohlsnotices@becket-lee.com May 31 2017 23:15:42     Kohl's,    PO Box 2983,
                 Milwaukee, WI 53201-2983
516689054      +E-mail/PDF: pa_dc_claims@navient.com May 31 2017 23:07:04     Navient,    PO Box 9635,
                 Wilkes Barre, PA 18773-9635
516689059      +E-mail/PDF: gecsedi@recoverycorp.com May 31 2017 23:07:14     Sychrony Bank,    PO Box 960061,
                 Orlando, FL 32896-0061
                                                                                              TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516689052*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,    PO Box 724,   Springfield, NJ 07081)
516689055     ##+Portfolio Recovery,    Assignee of HSBC,    287 Independence,    Virginia Beach, VA 23462-2962
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2017                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: May 31, 2017
                              Form ID: cscnodsc        Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2017 at the address(es) listed below:

        Brian C. Nicholas    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2006-25 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

        Brian L. Hoffman    on behalf of Debtor Anthony  Reeves brian@hoffman-hoffman.net, info@hoffman-hoffman.net

        Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2006-25 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

        John W. Hargrave    on behalf of Trustee John W. Hargrave trustee@hargravelaw.com, jhargrave@ecf.epiqsystems.com;jwh@trustesolutions.net

        John W. Hargrave    trustee@hargravelaw.com, jhargrave@ecf.epiqsystems.com;jwh@trustesolutions.net

        U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 6